UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                                  Reorganized Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |
| MOHSIN Y. MEGHJI, as Litigation Administrator of the post-effective CELSIUS NETWORK LLC,<br><br>                                  Plaintiff,<br><br>          v.<br><br>COMPOUND LABS, INC.,<br><br>                                  Defendant. | Adversary Proceeding<br>Ad. P. No. 24-03989 (MG) |

**STIPULATION AND AGREED ORDER EXTENDING TIME FOR DEFENDANT
TO ANSWER OR OTHERWISE RESPOND AND STAYING ALL OTHER MATTERS**

Mohsin Y. Meghji, as Litigation Administrator ("**Plaintiff**") for Celsius Network LLC and its affiliated debtors ("**Debtors**"), and defendant Compound Labs Inc. ("**Defendant**" and, together with the Plaintiff, the "**Stipulating Parties**"), by and through their respective undersigned counsel, hereby stipulate and agree (this "**Stipulation**"), as follows:

---

[1] The Post-Effective Debtors in these chapter 11 cases, along with the last four digits of each Post Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of the Post-Effective Debtor Celsius Network LLC's principal place of business and the Post-Effective Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

# RECITALS

**WHEREAS**, on July 12, 2024, Plaintiff commenced the above-captioned adversary proceeding ("**Action**") by filing the *Adversary Complaint* (Adv. P. No. 1) ("**Complaint**");

**WHEREAS**, Plaintiff served the Complaint by mail on July 26, 2024 (Adv. P. No. 6); and

**WHEREAS**, the Stipulation Parties seek to stipulate and agree on the terms set forth below.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED AS FOLLOWS:**

1. **Recitals**. The above recitals are fully incorporated here in this Stipulation as if fully set out.

2. **Extension of Time to Answer/Respond**. The deadline by which Defendant may move, answer, or otherwise respond to the Complaint is extended from August 26, 2024 to and including September 30, 2024.

3. **Miscellaneous**.

    a. *Reservation of Rights*. The Stipulating Parties reserve and preserve each of their respective claims, defenses, rights, and remedies.

    b. *Execution of Counterparts*. This Stipulation and Agreed Order may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument. Any signature delivered by a party via e-mail or telecopier transmission shall be deemed an original signature hereto.

    c. *Representations of Authority*. The persons signing below each represents and warrants that he/she has the authority to enter into this Stipulation on behalf of the party on whose behalf he/she so signs. The undersigned counsel each represents that they have the full power and authority necessary to bind their respective clients to the terms of this Stipulation in the same manner as if the clients have duly executed the same.

<div style="display: flex;">

<div>

Dated: New York, New York
      August 23, 2024

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By:    */s/ Mitchell P. Hurley*
     Mitchell P. Hurley, Esq.
     Dean L. Chapman Jr., Esq.

One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
mhurley@akingump.com
dchapman@akingump.com

Elizabeth D. Scott (admitted *pro hac vice*)
Nicholas R. Lombardi (admitted *pro hac vice*)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
edscott@akingump.com
nlombardi@akingump.com

*Counsel for Plaintiff*

</div>

<div>

Dated: New York, New York
      August 23, 2024

**MORRISON COHEN LLP**

By:    */s/ Heath D. Rosenblat*
     Jason P. Gottlieb, Esq.
     Heath D. Rosenblat, Esq.
     Michael Mix, Esq.

909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
jgottlieb@morrisoncohen.com
hrosenblat@morrisoncohen.com
mmix@morrisoncohen.com

*Counsel for Compound Labs, Inc.*

</div>

</div>

Dated: New York, New York
      August 23, 2024

 

**THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE**